IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| PAMELA P. TANNER, ) | |
| ) | Civil Action No. 4:13-cv-3057-JFA-TER |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Defendant, Carolyn W. Colvin, Acting, Commissioner of Social Security, by her attorneys, William N. Nettles, United States Attorney for the District of South Carolina, and Barbara M. Bowens, Assistant United States Attorney, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. Plaintiff has consented to the remand.

On order of the Court, this case will be remanded to the Appeals Council. The Appeals Council will remand the case to an Administrative Law Judge (ALJ) with instructions to evaluate the opinions of Drs. Schumann and Glaser and to evaluate further the opinions of Drs. Lang and Etikerentse. As appropriate, the ALJ will give further consideration to Plaintiff's maximum residual functional capacity and ability to perform her past or other work in the national economy. The ALJ will give Plaintiff a new opportunity for a hearing, take any action needed to complete the administrative record, and issue a new decision.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the cause to the Commissioner for further administrative proceedings as set out above.[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

  **AND IT IS SO ORDERED.**

               s/Thomas E. Rogers, III
               THOMAS E. ROGERS, III
               United States Magistrate Judge

July 22, 2014
Florence, South Carolina

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.