UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Pamela P. Tanner,            )<br>                              )<br>           Plaintiff,        )<br>                              )<br>v.                            )<br>                              )<br>Carolyn W. Colvin,            )<br>Commissioner of Social Security, )<br>                              )<br>           Defendant.        )<br>_____) | C/A No.: 4:13-3057-JFA<br><br><br>ORDER |

This matter is before the court upon motion of plaintiff's counsel, Robertson H. Wendt, Jr., for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Commissioner has responded that she does not object to the plaintiff's motion for fees in the amount of $3,195.55 and costs in the sum of $400.

Upon review of the material submitted to the court and finding the fees to be reasonable, the plaintiff's motion for attorney's fees (ECF No. 24) is granted. The Commissioner shall pay the plaintiff attorney's fees in the amount of $3,195.55 (representing 16.7 hours at $191.35 per hour). Costs in the amount of $400 are also granted.[1]

Payment of the fees and expenses noted herein shall constitute a complete release from and bar to any and all claims plaintiff may have relating to EAJA fees in connection with this action. This award is without prejudice to the right of plaintiff to seek attorney's

---

[1] Costs are paid from the Judgment Fund, rather than from agency funds. *See* 31 U.S.C. § 1304, 28 U.S.C. § 2412(c), 2444.

1

fees under Section 206(b) of the Social Security Act, subject to the offset provisions of the EAJA. Further, the award of fees shall be made payable to the plaintiff. *See Astrue v. Ratliff,* 560 U.S. 586, 596–98 (2010).

    IT IS SO ORDERED.

September 8, 2014                                Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge